### *United States District Court for the Northern District of Illinois*

Case Number: 08CV3800          Assigned/Issued By: DAJ

Judge Name: GETTLEMAN          Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 2907162

Date Payment Rec'd: 07/02/08          Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1 Original and  0  copies on 07/02/08  as to DEF.
                          (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05